### JENKINS AND SWEAZY v. COMMONWEALTH.

(Decided September 30, 1930.)

JAMES R. HINES and JOHN H. GILLIAM for movant.

J. W. Cammack, Attorney General, and S. B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 60 days in jail each.

Appeal denied; judgment affirmed.

### COOK v. COMMONWEALTH.

(Decided October 3, 1930.)

L. M. Ackman and J. L. Vallandingham for movant.

J. W. Cammack, Attorney General, and S. B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

### HOGUE et al. v. MARTIN & CO.

(Decided October 3, 1930.)

H. M. Cline for movant.

L. G. Campbell and Ben V. Smith & Son opposed.

PER CURIAM. Judgment for $402.25 with interest from April 1, 1924, for breach of contract.

Appeal denied; judgment affirmed.